

Revised 11/08

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

CASE NAME: _James S. Escoe_____

CASE NUMBER: _11-48033 MBM_____

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

[ x ]  Add creditors to schedules(s) _E_____ . How many? __2_____
(Use second page of this form to list creditors added).

        [ ]  **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ]  Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ ]  Other: (Provide detail of amendment) _____
_____
_____
_____

[ x ]  **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[ x ]  **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:**    LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
_____
(Please print)

Previous address:                           Please change to:

_____                     _____
_____                     _____
_____                     _____


**NAME OF CREDITOR** (As it now appears): _____
_____
(Please print)

Previous address:                           Please change to:

_____                     _____
_____                     _____
_____                     _____


**NAME OF CREDITOR** (As it now appears): _____
_____
(Please print)

Previous address:                           Please change to:

_____                     _____
_____                     _____
_____                     _____


Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix

**NAME OF CREDITOR** (As it now appears):<u>Melody Guerrios</u>_____
_____
(Please print)
Address___2375___Honorah Detroit MI 48209_____


**NAME OF CREDITOR** (As it now appears)___<u>Cintia Montanez</u>
_____
(Please print)

Address   5709   Addison Detroit MI 48210

**.FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: _____N/A_____
Name of Attorney

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, Cover Sheet for Amendments, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: _James Escoe_
Name of Debtor

Signature: _____
Name of Joint Debtor, if applicable

B 6E (Official Form 6E) (04/10)

In re James S. Escoe
        Debtor

Case No. 11-48033 MBM
        *(if known)*

*AMENDED*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address. including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian. such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife. both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  James S. Escoe ,  Case No. 11-48033 MBM
　　　　　Debtor 　　　　　　　　　　　　　(if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re James S. Escoe , Case No. 11-48033 MBM
      Debtor                                                (if known)

*AMENDED*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8220077 <br><br> State of Michigan <br> Box 30478 <br> Lansing MI 48909 | | | 2007 <br> child support | | | | 8,000.00 | 8,000.00 | 0.00 |
| Account No. <br><br> Melody Guerrios <br> 2375 Honorah <br> Detroit MI 48209 | | | 2007 <br> Child Support | | | | | | |
| Account No. <br><br> Cintia Montanez <br> 5709 Addison <br> Detroit MI 48210 | | | 2007 <br> Child Support | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 8,000.00    $ 8,000.00    0.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 8,000.00

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 8,000.00    $ 0.00

United States Bankruptcy Court
Eastern District of Michigan

In re <u>James S. Escoe</u>   Case No. <u>11-48033 MBM</u>
    **Debtor(s)**              Chapter <u>7</u>

AMENDED **VERIFICATION OF CREDITOR MATRIX**

The above-names Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: <u>5/3/11</u>        *James Escoe*
                    James S. Escoe
                    Signature of Debtor

Bac Home Loans LP/Countrywide
450 American St.
Simi Valley, CA 93065

Bank One/ Asset Acceptance
C/O Michael Beach
Box 2036
Warren MI 48090

Bac Home Loan/ Country Wide
450 American St.
Simi Valley, CA 93065

Chase
100 Duffy Ave.
Hicksville, NY 11801

Chase Manhattan Bank
C/O CACV of Colorado
3705th St. Suite 5000
Denver CO 80202

Detroit Edison
3200 Hobson St.
Detroit MI 48201

Dyck ONeal
Box 13370
Arlington, TX 76094

EPMG of Michigan
C/O Russell Collection
G3285 Van Slyke Rd.
Flint, MI 48507

First American Payment System
301 Commerce St. #2000 511
Fort Worth, TX 76102

GE Capital/JC Penney
C/O Asset Accep0tance
Box 1630
Warren, MI 48090

GEMB JC Penney
Box 981402
El Paso TX 79998

MD Receivable
C/O Universal Credit Service
3582 Avon St.
Hartland, MI 48353

State of Michigan
Box 30478
Lansing MI 48909

Melody Guerrios
2375 Honorah
Detroit, MI 48209

Cintia Montanez
5709 Addison
Detroit, MI 48210

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 11-48033 mbm
CHAPTER: 7
JUDGE: McIvor

James Escoe, Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on 5/3/11 (date of mailing), I served copies as follows:

1. Document(s) served:
   Cover Sheet
   Schedules E

2. Served upon [name and address of each person served]:

   Melody Guerrious
   ~~5709 Addison~~
   ~~Det MI 48210~~
   2375 Honorah
   Det MI 48209

   Cintia Montanez
   5709 Addison
   Det MI 48210

3. By First Class Mail.

Dated: 5/3/11

_____
(Signature of Debtor)

Print Name: James Escoe

_____
(Signature of Co-Debtor)

Print Name: _____